UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       BENJAMIN B. FISHER           CASE NO.: 17-10176-JDW

DEBTOR(S)                                  CHAPTER 13

WAIVER OF DISCHARGE AND MOTION FOR APPROVAL

The Debtor(s) acknowledge(s) that the Court shall not grant a discharge under section 1328 (a) of the Bankruptcy Code in this chapter 13 case as a result of the prior bankruptcy case filed by the Debtor(s):

____X____ Section 1328(f)(1) (prior bankruptcy case under chapter 7, 11, or 12)

_____ Section 1328(f)(2) (prior bankruptcy case under chapter 13)

The Debtor(s) has/have executed this waiver of discharge voluntarily, after consultation with the attorney for the Debtor(s), and understand(s) the consequences of executing this waiver.

The discharge in this chapter 13 case is hereby irrevocably waived by the Debtor(s). The Debtor(s) request(s) that the Court approve this waiver.

DATED: __3-9-17_____        X _____
                                     DEBTOR

                                 _____
                                     DEBTOR

                                 _____ for Robert Gambrell
                                 ATTORNEY FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

BENJAMIN B. FISHER                                             17-10176-JDW

<u>ORDER APPROVING WAIVER OF DISCHARGE</u>

This day there came on for consideration the Motion for Approval of the Waiver of Discharge (the "Motion") by the Debtor(s) in the above-styled bankruptcy case. The Court, being full advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the Motion is granted and the Waiver of Discharge is approved.

##END OF ORDER##

SUBMITTED BY:

<u>/s/ W. Jeffrey Collier</u>
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com