## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: BENJAMIN B. FISHER                                                    CHAPTER 13
                                                                             NO. 17-10176 JDW

### MOTION TO REINSTATE CASE

COMES NOW, BENJAMIN B. FISHER , Debtor in the above styled and numbered cause, by and through undersigned counsel and moves this Court for an Order reinstating the above captioned Chapter 13 Bankruptcy, respectfully showing unto the Court as follows:

1. That Debtor filed a Petition for relief under Chapter 13 of the Bankruptcy Code on the 18th day of January, 2018, in the above styled and numbered cause.

2. This Court has jurisdiction pursuant to 11 U.S.C. §1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. That on March 2, 2018, this Court entered an Order Dismissing Debtor's Chapter 13 Bankruptcy (Dkt. #53) as a result of the Debtor having not timely paid funds to the Trustee.

4. The Debtor is now current on his plan payments through the month of March, 2018 and will remit the funds necessary for the April, 2018 payment prior to the entry of an Order on this matter.

WHEREFORE, Debtor prays this Court will enter its Order reinstating his Chapter 13 Bankruptcy to allow him to complete his Chapter 13 Plan. Debtor prays for such other, further and general relief to which he may be entitled.

                                            Respectfully Submitted,
                                            BENJAMIN B. FISHER , Debtor

                            BY:     /s/ Robert Gambrell
                                    ROBERT GAMBRELL; Attorney for
                                    Debtor; MSB #4409

CERTIFICATE OF SERVICE

    I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Motion to Reinstate to:

David W. Asbach, Acting U. S. Trustee
Locke D. Barkley, Chapter 13 Trustee
and to all parties that have entered an appearance requesting service via ECF

This the 13th day of April, 2018.

                                    /s/ Robert Gambrell
                                    ROBERT GAMBRELL
                                    GAMBRELL & ASSOCIATES, PLLC
                                    101 Ricky D. Britt Blvd., Ste. 3
                                    Oxford, MS 38655
                                    Ph: (662)281-8800 / Fax: (662)202-1004
                                    rg@ms-bankruptcy.com