CM/ECF hrg4
(Rev. 08/02/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Benjamin B Fisher | ) | Case No.: 17–10176–JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 6/20/18 at 01:30 PM

to consider and act upon the following:

*56* – Motion to Reinstate Case Filed by Robert Gambrell on behalf of Benjamin B Fisher. (Attachments: # 1 Proposed Order) (Gambrell, Robert)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 5/1/18

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LJB
Deputy Clerk